UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Bob Kasolas, Esq.**
**BRACH EICHLER LLC**
101 Eisenhower Parkway
Roseland, New Jersey 07068-1067
Tel No.: (973) 403-3139
Fax No.: (973) 618-5539
bkasolas@bracheichler.com
*Attorneys for Creditor, NCP Sigma LLC*

IN RE:

MATAWAN ACQUISITION LLC

    Debtor

Case No.: 21-13084 (MBK)

Chapter 11 Proceeding

Hon. Michael B. Kaplan, U.S.B.J.

## NOTICE OF MOTION TO DISMISS BANKRUPTCY, *OR IN THE ALTERNATIVE,* FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on June 10, 2021, or as soon thereafter as counsel may be heard, secured creditor NCP Sigma LLC ("NCP") will move before the Hon. Michael B. Kaplan, U.S.B.J., United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), for the entry of an Order: (i) pursuant to 11 U.S.C. § 1112(b) dismissing the bankruptcy case of the debtor Matawan Acquisition LLC ("Matawan" or the "Debtor"), or alternatively; (ii) pursuant to 11 U.S.C. § 362(d) granting NCP relief from the automatic stay to continue NCP's efforts to enforce NCP's rights against its collateral.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (if you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the Movants' motion, or if you want the Court to consider your views on the Motion, then no later than June 3, 2021, you or your attorney must file with the Court a written response explaining your position at:

> United States Bankruptcy Court
> District of New Jersey
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

> Bob Kasolas, Esq.
> BRACH EICHLER LLC
> 101 Eisenhower Parkway
> Roseland, NJ 07068
> Attorneys for NCP Sigma LLC

You must also attend a hearing scheduled for June 10, 2021 at 10:00 a.m. in the Courtroom of the HON. MICHAEL B. KAPLAN, U.S.B.J., CLARKSON S. FISHER U.S. COURTHOUSE, 402 EAST STATE STREET, TRENTON, NJ 08608.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated: May 18, 2021

By: /s/ Bob Kasokas, Esq.
Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068
Tel No.: (973) 403-3139
Fax No.: (973) 618-5539
E-mail: bkasolas@bracheichler.com